UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

# ADR REPORT

(Original and 2 copies to be filed with the court)

TO: Clerk of Court ADR Administrator

FROM: Robert W. Raftery

RE: Chatmon v Hartford Fire Insurance Company; CIV-04-1593-C

**TYPE OF ADR:**       **Mediation-yes**       **Early Neutral Evaluation**

ADR Session Held or to be Held (date): March 7, 2006

Additional Session Held, if any (date):

Results of Referral to ADR:

| Case settled before ADR | Case did not settle |
|---|---|
| Case settled at ADR session-yes | Case will not be heard - Reason: |
| Case settled in part | Other |

*Counsel were requested to notify court if case settled or settled in part and to file the appropriate pleadings* Yes

Did neutral serve pro bono? no

Status of litigation when ADR occurred - partial discovery

Length of ADR session: 5 hours

Neutral: Robert W. Raftery

(ATTENTION NEUTRAL: This form plus 2 copies is to be FILED by the neutral immediately, upon the conclusion of the ADR session to the Court Clerk, U.S. Courthouse, Room 1210, 200 N. W 4th Street, Oklahoma City, OK 73102. This form must be completed and returned even if the session did not occur or the neutral is serving privately for any case pending in this Court. Additional forms may be retrieved from the Court's website www.okwd.uscourts.gov).

THE NEUTRAL IS TO FILE THIS FORM
PLEASE PLACE ANY NOTES ON A SEPARATE SHEET OF PAPER
Rev 5103